**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

Before the Honorable Jodi W. Dishman
United States Courthouse, <u>**Courtroom 502**</u>, Oklahoma City, Oklahoma
*Valid photo identification required to enter the Courthouse

### ORDER FOR STATUS CONFERENCE

**NOTICE TO ALL PARTIES AND COUNSEL**:

    1.    Counsel are required to file the **Joint Status Report and Discovery Plan** (now a single document) by <u>**July 19, 2022**</u>. Please use the form in Appendix II for the parties' Joint Status Report and Discovery Plan. *See* LCvR16.1(a)(1) and Appendix II. If the parties are requesting a specialized scheduling order, the parties must attach the proposed specialized scheduling order as an exhibit to their Joint Status Report and Discovery Plan.

    2.    The conference shall be attended by counsel with authority to make appropriate decisions and by any *pro se* litigants, at the time indicated below. *See* LCvR16.1(b)(4). Please report to <u>Courtroom 502</u> at the scheduled conference time, unless you plan to attend telephonically. **If you plan to attend the conference on Tuesday, July 26, 2022 telephonically, you must notify and make arrangements with Courtroom Deputy Nyssa Vasquez by Wednesday, July 20, 2022**.

    3.    The Court expects the parties to stipulate to facts that are not in dispute in paragraph 3 of the Joint Status Report and Discovery Plan. The Court anticipates that the parties will be able to agree to stipulations that are not reasonably in dispute.

    4.    The Court expects the parties to propose an amount of time for discovery appropriate to the case. The parties and counsel should be mindful that schedules will be modified only for good cause and with the Court's consent under Federal Rule of Civil Procedure 16(b)(4).

    5.    By this Order and pursuant to Federal Rule of Civil Procedure 26(a)(1)(C), **before the Status Conference**, counsel and the parties shall make initial disclosures as required by Federal Rule of Civil Procedure 26(a)(1)(A). In meeting the requirements of Federal Rule of Civil Procedure 26(a)(1)(A), the Court asks the parties and counsel to be mindful of Federal Rule of Civil Procedure 26(a)(1)(E). If the matter is exempt from initial disclosures or if a party objects that initial disclosures are not appropriate in the case, please note the Rule 26(a)(1)(B) exemption and/or Rule 26(a)(1)(C) objection in paragraph 7 of the Joint Status Report and Discovery Plan.

      6.      Please review Judge Dishman's Chamber Procedures for Civil Cases, Civil Cases: Guidelines for Protective Orders on Confidentiality, Sealing Documents, and Redactions, and Telephonic Appearance Procedures available on the OKWD website under Chamber Rules.

      7.      If the parties anticipate a protective order on confidentiality, they must submit the motion and proposed order by **July 19, 2022**. Please contact Courtroom Deputy Nyssa Vasquez for a form of the protective order on confidentiality that the Court has approved in the past.

      8.      In accordance with LCvR83.4, counsel must have an Entry of Appearance on file and be registered with CM/ECF before the Status Conference.

      9.      Under Federal Rule of Civil Procedure 26(f)(1), the parties must confer as soon as practicable and at least 21 days before the scheduling conference is to be held, unless excepted or exempted by the rule. Rule 26(d) sets forth the timing and sequence of discovery.

---

### Tuesday, July 26, 2022

**REPORT TO COURTROOM 502 AT CONFERENCE TIME UNLESS YOU HAVE MADE PRIOR ARRANGEMENTS TO APPEAR BY TELEPHONE**

| Time | Case | Counsel |
|---|---|---|
| 9:00 a.m. | **CIV-22-00481-JD**<br>YORK V. OKLAHOMA DEPARTMENT OF CORRECTIONS | Ashley C. Weyland, Esq. **(see ¶ 8)**<br>Rachel L. Bussett, Esq. **(see ¶ 8)** |
| | | Dixie L. Coffey, Esq. |
| 10:00 a.m. | **CIV-22-00492-JD**<br>SULLIAN V. WALMART STORES INC. | Benjamin R. Grubb, Esq. **(see ¶ 8)**<br>Justin D. Meek, Esq. **(see ¶ 8)**<br>Logan T. Turner, Esq. **(see ¶ 8)** |
| | | Jeffrey D. Scott, Esq.<br>Michael W. Brewer, Esq. |